# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jill A. | Court of Appeals-Eleventh Circuit | 02/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Court of Appeals Judge (Active) | [✓] Nomination, Date 02/16/2012 <br> [ ] Initial  [ ] Annual  [ ] Final <br><br> 5b. [ ] Amended Report | 01/01/2011 <br> to <br> 01/18/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1201 West Peachtree Street, NW <br> Suite 3900 <br> Atlanta, GA 30309 | <br> Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Jill A. Pryor, PC (Jill A. Pryor, PC, is a partner in Bondurant Mixson & Elmore, LLP) |
| 2. Member | Sussex Properties, LLC (VII, line 3) |
| 3. President, Director | Zephyr Land Corporation (VII, line 16) |
| 4. Member | Silver City Land Co., LLC (VII, line 17) |
| 5. Trustee | Trust #1 (VII, line 15) |
| 6. Member, Board of Directors | Georgia Legal Services Program, Inc. |
| 7. Member | 1088 Country Lane, LLC |
| 8. Member | 1933 Kilburn Drive, LLC |
| 9. Member | 6616 Midnight Pass Road, LLC |
| 10. Member | Top Mall USA, LLC |
| 11. Member | The Look You Love, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Bondurant, Mixson & Elmore, LLP via Jill A. Pryor, PC - wages and distributions | $548,130.00 |
| 2. | 07/2011 | LexisNexis Publishing - compensation for writing book chapter | $2,500.00 |
| 3. | 2010 | Bondurant, Mixson & Elmore, LLP via Jill A. Pryor, PC - wages and distributions | $5,851,155.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Bondurant, Mixson & Elmore, LLP via Edward B. Krugman, PC - wages and distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citi | Mortgage on rental property #2 - VII line 2 | M |
| 2. Morgan Stanley | Line of credit secured by investment accounts; used to pay off mortgage on rental property #3 - VII line 3 | O |
| 3. Wells Fargo | Mortgage on rental property #4 - VII line 4 | N |
| 4. Bank of America | Mortgage on rental property #5 - VII line 5 | M |
| 5. SunTrust | Line of credit on rental property #5 - VII line 5 | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental property #1, Atlanta, Fulton County, Georgia | D | Rent | M | W | Exempt | | | | |
| 2. Rental property #2, Atlanta, Fulton County, Georgia | E | Rent | N | W | Exempt | | | | |
| 3. Rental property #3, Atlanta, Fulton County, Georgia | G | Rent | O | W | Exempt | | | | |
| 4. Rental property #4, Sarasota, Sarasota County, Florida | E | Rent | M | W | Exempt | | | | |
| 5. Rental property #5, Sarasota, Sarasota County, Florida | E | Rent | N | W | Exempt | | | | |
| 6. Vacation home #2, Sarasota, Sarasota County, Florida | E | Rent | N | Q | Exempt | | | | |
| 7. First Citizens bank accounts | A | Interest | K | T | Exempt | | | | |
| 8. SunTrust bank accounts | A | Interest | N | T | Exempt | | | | |
| 9. Bank of America bank account | A | Interest | J | T | Exempt | | | | |
| 10. Wells Fargo bank account | A | Interest | J | T | Exempt | | | | |
| 11. Wells Fargo bank account (Sussex Properties, LLC) | A | Interest | J | T | Exempt | | | | |
| 12. Associated Credit Union account | A | Interest | J | T | Exempt | | | | |
| 13. Citibank cash accounts | B | Interest | N | T | Exempt | | | | |
| 14. Atlantic Capital Bank account | A | Interest | J | T | Exempt | | | | |
| 15. Trust #1 - AXA Equitable Whole Life insurance policy | C | Dividend | L | T | Exempt | | | | |
| 16. Undeveloped residential lot, Eleuthera, Bahamas | | None | N | W | Exempt | | | | |
| 17. Undeveloped lots, Elko, Lyons and Humboldt Counties, Nevada | | None | L | W | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IBM Corp. stock | A | Dividend | L | T | Exempt | | | | |
| 19. Intel Corp. stock | A | Dividend | K | T | Exempt | | | | |
| 20. Microsoft Corp. stock | A | Dividend | K | T | Exempt | | | | |
| 21. Coca-Cola Co. stock | A | Dividend | J | T | Exempt | | | | |
| 22. Xerox Corp. stock | A | Dividend | J | T | Exempt | | | | |
| 23. American Funds AMCAP Fund | A | Dividend | M | T | Exempt | | | | |
| 24. BlackRock Equity Dividend Fund I | C | Dividend | M | T | Exempt | | | | |
| 25. Calamos Growth & Income Fund - I | B | Dividend | L | T | Exempt | | | | |
| 26. Credit Suisse Commmodity Return Strategy Fund - A | | None | M | T | Exempt | | | | |
| 27. Dodge & Cox Income Fund | C | Dividend | M | T | Exempt | | | | |
| 28. Dodge & Cox International Stock Fund | B | Dividend | L | T | Exempt | | | | |
| 29. Dreyfus Liquid Assets Inc. | A | Dividend | J | T | Exempt | | | | |
| 30. Federated International Strategic Value Dividend Fund - I | A | Dividend | L | T | Exempt | | | | |
| 31. Fidelity Advisor Floating High Rate Income Fund - A | C | Dividend | M | T | Exempt | | | | |
| 32. Fidelity High Income Fund | D | Dividend | M | T | Exempt | | | | |
| 33. First Eagle Global Fund - I | C | Dividend | N | T | Exempt | | | | |
| 34. Harbor Capital Appreciation Fund | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q - Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | iShares S&P Global Energy Sector (ETF) | A | Dividend | K | T | Exempt | | | | |
| 36. | IVA WorldwideFund - I | B | Dividend | M | T | Exempt | | | | |
| 37. | Janus Overseas Fund - I | | None | M | T | Exempt | | | | |
| 38. | JP Morgan Strategic Income Opportunities Select Fund | A | Dividend | L | T | Exempt | | | | |
| 39. | Lazard Emerging Markets Open Fund | C | Dividend | M | T | Exempt | | | | |
| 40. | MainStay Epoch Global Equity Yield Fund - A | C | Dividend | M | T | Exempt | | | | |
| 41. | Merger Fund | A | Dividend | L | T | Exempt | | | | |
| 42. | MFS Value Fund - R3 | B | Dividend | M | T | Exempt | | | | |
| 43. | Neuberger Berman Equity Income Trust - I | D | Dividend | N | T | Exempt | | | | |
| 44. | PIA Short Term Securities Fund | A | Dividend | J | T | Exempt | | | | |
| 45. | PIMCO Total Return Fund - P | B | Dividend | L | T | Exempt | | | | |
| 46. | Prudential Jennison Natural Resources Fund - Z | | None | L | T | Exempt | | | | |
| 47. | T. Rowe Price Capital Appreciation Fund | B | Dividend | M | T | Exempt | | | | |
| 48. | TCW Emerging Markets Income Fund - N | B | Dividend | K | T | Exempt | | | | |
| 49. | TCW Total Return Bond Fund - N | B | Dividend | L | T | Exempt | | | | |
| 50. | Templeton Global Bond Fund - A | D | Dividend | M | T | Exempt | | | | |
| 51. | Templeton Global Bond Fund - Adv | B | Dividend | K | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Tweedy Browne Global Value Fund | A | Dividend | J | T | Exempt | | | | |
| 53. Vanguard Intermediate Term Tax-Exempt Fund - Inv | D | Dividend | M | T | Exempt | | | | |
| 54. Vanguard Limited-Term Tax-Exempt Fund | B | Dividend | M | T | Exempt | | | | |
| 55. Vanguard Mid-Cap ETF | D | Dividend | K | T | Exempt | | | | |
| 56. Vanguard Small Cap ETF | A | Dividend | K | T | Exempt | | | | |
| 57. Wells Fargo Advantage Ultra S/T Muni Income Fund - Inv | B | Dividend | N | T | Exempt | | | | |
| 58. Wells Fargo Stable Value Fund - C | A | Dividend | M | T | Exempt | | | | |
| 59. Multi-Manager Core Bond Annuity | | None | L | T | Exempt | | | | |
| 60. EQ/International Core Plus Annuity | | None | K | T | Exempt | | | | |
| 61. EQ/Montag Caldwell Growth Annuity | | None | K | T | Exempt | | | | |
| 62. EQ/GAMCO Small Company Value Annuity | | None | J | T | Exempt | | | | |
| 63. EQ/Van Kampen Common Stock Annuity | | None | K | T | Exempt | | | | |
| 64. EQ/Morgan Stanley Mid Cap Growth Annuity | | None | J | T | Exempt | | | | |
| 65. Excelerate Discovery, LLC | | None | K | U | Exempt | | | | |
| 66. TrustPoint International, LLC | | None | K | U | Exempt | | | | |
| 67. River's Edge Landing, LLC | | None | M | U | Exempt | | | | |
| 68. Ledbetter Lake Investors, LLC | | None | N | U | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | Dasher's Bay at Effingham, LLC | | None | L | U | Exempt | | | | |
| 70. | Fidelity Advisor 529 Portfolio 2013 | | None | M | T | Exempt | | | | |
| 71. | Fidelity Advisor 529 Portfolio 2025 | | None | L | T | Exempt | | | | |
| 72. | MS HP Millenium USA II LP ID | | None | M | T | Exempt | | | | |
| 73. | MS HP OZ DP II Fund LP ID | | None | L | T | Exempt | | | | |
| 74. | SkyBridge Multi Advisor Hedge Fund Portfolio Series G | | None | M | U | Exempt | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 02/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 3 - This entity owns an undeveloped lot described in Part VII, line 15

Part I, line 4 - This entitly owns the undeveloped lots described in Part VII, line 16

Part I, lines 7-9 - These entities were set up to own individual rental properties, but the properties have not been tranferred to them. They have no assets.

Parti, lines 10-11 - These entities have no assets.

Part VII, line 6 - appraisal 04/2011

# FINANCIAL DISCLOSURE REPORT
Page 11 of 11

Name of Person Reporting

Pryor, Jill A.

Date of Report

02/16/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 893 | 991 | Notes payable to banks-secured | | 593 | 246 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 4 | 713 | 833 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 1 | 526 | 603 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable - see schedule | 2 | 027 | 431 |
| Real estate owned – see schedule | 5 | 259 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 450 | 000 | | | | |
| Cash value-life insurance | | 89 | 625 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 2 | 620 | 677 |
| | | | | Net Worth | 10 | 312 | 875 |
| Total Assets | 12 | 933 | 552 | Total liabilities and net worth | 12 | 933 | 552 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |